# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clarence Wayne Dixon,<br><br>  Plaintiff,<br><br>v.<br><br>Arizona Department of Corrections Rehabilitation and Reentry, et al.,<br><br>  Defendants. | No. CV-22-00604-PHX-MTL (JFM)<br><br>**ORDER** |

Pursuant to LRCiv 42.1(e), "a Judge may transfer a case to another Judge with that Judge's consent and with notice to the Chief Judge" for "reasons of judicial economy" or if "substantial duplication of labor" would occur if the case were heard by the transferor Judge. The Court finds that judicial economy and avoiding duplication of labor warrant transferring the above-captioned case to Judge Diane J. Humetewa.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall transfer the above-captioned case to Judge Diane J. Humetewa, pursuant to LRCiv 42.1(e).

Dated this 13th day of April, 2022.

Michael T. Liburdi
United States District Judge